FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

FRED S LEHMANN
(Enter above the full name of the plaintiff in this action)

v.

NORTHERN STATE PRISON
NJDOC

(Enter above the full name of the defendant or defendants in this action)

COMPLAINT

Civil Action No. _____
(To be supplied by the Clerk of the Court)

CLASS ACTION UNDER RULE 23(b)(3)

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

# FORM TO BE USED BY A PRISONER IN FILING A
# CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. § 1915. **(If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)**

7. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓  42 U.S.C. § 1983 (applies to state prisoners)

   ___  Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below: *CLASS ACTION SUIT (LIST OF PLAINTIFFS ENCLOSED)*

1b. Indicate whether you are a prisoner or other confined person as follows:
   ✓ *PRISONER IN IMMINENT DANGER. (EXTREME CONFINEMENT) (ADSEG)*
   ___ Pretrial detainee
   ___ Civilly-committed detainee
   ___ Immigration detainee
   ✓ Convicted and sentenced state prisoner
   ___ Convicted and sentenced federal prisoner
   ✓ Other: (please explain) *SERVING 180 DAY ADMINISTRATION SEGREGATION SENTENCE.*

2. Previously Dismissed Federal Civil Actions or Appeals

   If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

    a.    Parties to previous lawsuit:

           Plaintiff(s): FRED S. LEHMANN

           Defendant(s): DOC, SSCF, ETC.

    b.    Court and docket number: IN COMPUTER SYSTEM

    a.    Grounds for dismissal: ( ) frivolous   ( ) malicious   ( ) failure to state a claim upon which relief may be granted
           N/A

    d.    Approximate date of filing lawsuit: //

    e.    Approximate date of disposition: //

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? NORTHERN STATE PRISON

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    a. Name of plaintiff: FRED S. LEHMANN

       Address: NORTHERN STATE PRISON ADSEG/2 WING/CELL 101 168 FRONTAGE RD. PO BOX 2300 NEWARK, NJ 07114

       Inmate #: 651239/479499B

    b. First defendant -- name: NSP

       Official position: CUSTODY OF INMATE

       Place of employment: NEWARK, NJ 07114

DNJ-ProSe-006-Rev 5/09

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

THIS IS A CLASS ACTION LAWSUIT STATING THAT OUR 14TH AMENDMENT RIGHTS ARE BEING VIOLATED AS WE ARE NOT BEING PAID $15.00 A MONTH IN ADMINISTRATIVE SEGREGATION, AS PER THE 10A CODE OF ADMINISTRATIVE LAW. UNCONSTITUTIONAL / NO MONEY / NO STAMPS / HYGIENE PRODUCTS

c. Second defendant -- name: NJ DOC

Official position: HEAD OF NJDOC AND OF NJSP

Place of employment: WHITTLESEY ROAD, TRENTON NJ 08625

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

"SAME AS ABOVE"

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

ADMINISTRATOR REMEDY FORM MAY 9, 22, 2012 (SSCF, NSP)
GARY LANIGAN (COMMISSIONER NJDOC) 5/22/2012 US MAIL

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

If your answer is "No," briefly explain why administrative remedies were not exhausted.

N/A

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

$15.00 SHOULD BE LEFT ON OUR INMATE ACCOUNT STATEMENTS, EVERY MONTH IN THAT CYCLE AS PER THE 10A CODE OF ADMINISTRATIVE LAW. UNCONSTITUTIONAL / NO MONEY / NO STAMPS / NO HYGIENE / PRODUCTS.

**FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT**

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

COMPENSATION:
1) 15.00 EVERY MONTH (INMATE ACCOUNT STATEMENT)
2) 100 X DAMAGES (15.00 X 100 = $1500.00)
3) PAIN / SUFFERING
4) PUNITIVE DAMAGES
5) CLASS ACTION LAWSUIT

8. Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial          (✓) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7__ day of __JUNE__, 200_13_.

_Fred S. Lehmann_
Signature of plaintiff[1]
FRED S. LEHMANN

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

DNJ-ProSe-006-Rev 5/09